

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00176-CR

Dan William **REYNOLDS** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B12185
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 2, 2014.

_____
Marialyn Barnard, Justice